# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cr-00434-WSD-JSA
## USA v. Mozee
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 03/21/2017.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 5:20 P.M.      COURT REPORTER: Nicholas A. Marrone
TIME IN COURT: 1:20                  DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

DEFENDANT(S): [1]Pamela Mozee Present at proceedings

ATTORNEY(S) PRESENT: Regina Cannon representing Pamela Mozee
Colin Garrett representing Pamela Mozee
Jennifer Whitfield representing USA

PROCEEDING CATEGORY: Detention Hearing;

MINUTE TEXT: Detention Hearing held. The Court heard testimony from Defendant's counsel and the Government. Government presented the following witnesses: Tammie Boone and Dennis Tudor. Government's Exhibits 1 through 5 admitted, under seal, over Defendant's objection. The Court takes this issue under advisement. Written order is forthcoming.

HEARING STATUS: Hearing Concluded

EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.